CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Luis Fernando Rodriguez<br>DOB: 1973; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-08783MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 28, 2019, in the District of Arizona, Luis Fernando Rodriguez knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: five AR-style upper receivers, five AR-style lower receivers, five AR-style barrels, five AR-style buffer tubes, five trigger component kits, five AR-style pistol grips, and one Beretta 9mm pistol; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 28, 2019, in Phoenix, Arizona, Luis Fernando Rodriguez attended a gun show at which he acquired five AR-style upper receivers, five AR-style lower receivers, five AR-style barrels, five AR-style buffer tubes, five trigger component kits, five AR-style pistol grips, and one Beretta 9mm pistol. Rodriguez then transferred these items to an associate in the parking lot outside the gun show venue. The associate placed all of the items into a box, which he then concealed with a blanket inside a vehicle. Rodriguez drove the vehicle to a Nogales, Arizona, with his associate as a passenger. Upon arriving in Nogales, Rodriguez parked in the parking lot of a retail store. His associate removed the box containing the firearms, firearm parts, and firearm components from the vehicle, and transferred the box to a second individual in the parking lot. This second individual placed the box inside his vehicle and attempted to exit the United States and enter Mexico through the Port of Entry in Nogales. Agents searched the vehicle and found the five AR-style upper receivers, five AR-style lower receivers, five AR-style barrels, five AR-style buffer tubes, five trigger component kits, five AR-style pistol grips, and one Beretta 9mm pistol purchased by Rodriguez inside the box provided to the second individual by Rodriguez's associate.

Rodriguez acquired, concealed, transported, and transferred the firearms, firearm parts, and firearm components with the knowledge that the second associate would attempt to smuggle them into Mexico, and with the intent that they be smuggled into Mexico.

At the time of the offense, the five AR-style upper receivers, five AR-style lower receivers, five AR-style barrels, five AR-style buffer tubes, five trigger component kits, five AR-style pistol grips, and one Beretta 9mm pistol qualified as United States Munitions List items, and therefore were prohibited by law for export from the United States into Mexico without a valid license. Neither Rodriguez nor any other individual had a license or any other lawful authority to export these firearms, firearm parts, and firearm components from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br>BRYAN DEL VILLAR *Digitally signed by BRYAN DEL VILLAR Date: 2020.07.16 16:43:36 -07'00'*<br><br>OFFICIAL TITLE<br>HSI Special Agent Bryan Del Villar |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>July 16, 2020 |

USM, AUSA   Copies Distributed